No. 106. JACOB M. DICKINSON, RECEIVER OF THE CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued February 23, 1927. Decided February 28, 1927. *Per Curiam.* Affirmed on the authority (1) of *Illinois Central Railroad Co.* v. *United States,* 265 U. S. 209, and (2) of *Southern Pacific Co.* v. *United States,* 268 U. S. 263.

*Mr. Benjamin Carter* for appellant. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.